IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR28 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER ALLOWING PLEADING** |
| | ) | **TO BE FILED UNDER SEAL** |
| DAVID L. FLOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW on this 1st day of June, 2005, this matter comes before this Court on the Defendant's Motion to File Under Seal. This Court, being fully advised, finds said Motion should be and hereby is granted.

IT IS THEREFORE ORDERED that Defendant's Pleading entitled "Motion to Review Detention" is ordered to be filed under seal.

BY THE COURT


s/ Joseph F. Bataillon
Hon. Joseph Bataillon
United States Judge