## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR28** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DAVID L. FLOWERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to file under seal (Filing No. 47). The defendant requests permission to file a pleading entitled "Motion to Determine Competence" under seal. The defendant's motion is granted.

**IT IS SO ORDERED.**

DATED this 21st day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge