IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR28 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DAVID L. FLOWERS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the letter request of the Warden, Federal Correctional Institution, Butner, North Carolina (FCI-Butner), for an extension in the evaluation period of David L. Flowers (Flowers) pursuant to this court's order of July 22, 2005, which committed Flowers to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. § 4241 and § 4244 (Filing No. 50). The Warden represents that Flowers only arrived at FCI-Butner on August 24, 2005, and the Warden requests until October 7, 2005, in order to complete the evaluation. The request is granted.

**IT IS SO ORDERED.**

DATED this 26th day of August, 2005.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge