IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR28 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER COMPELLING** |
| | ) | **RELEASE OF EVALUATION** |
| DAVID L. FLOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW on this 25th day of October, 2005, this matter comes before this Court on the Defendant's Motion to Compel Release of Evaluation. This Court, being fully advised, finds said Motion should be and hereby is granted.

IT IS THEREFORE ORDERED that the FMB Butner facility is ordered to forward directly to counsel for Defendant the conclusions, results, or other final documents generated as a result of Defendant's court-ordered evaluation at said facility.

DATED this 25th day of October, 2005.

BY THE COURT


s/ Joseph F. Bataillon
Hon. Joseph Bataillon
United States Judge